UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BERNARD R. PEREZ, )
)
    Plaintiff, )
)
v. ) Case No: 8:18-cv-2123-T-17JSS
)
MONY LIFE INSURANCE COMPANY )
f/k/a The Mutual Life Insurance Company )
of New York, )
)
    Defendant. )
_____ )

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, MONY LIFE INSURANCE COMPANY f/k/a The Mutual Life Insurance Company of New York, by and through the undersigned and pursuant to the Federal Rules of Civil Procedure, hereby serves its Motion for Enlargement of Time to Respond to the Complaint and states as follows:

1. Defendant requests additional time to prepare a response to the complaint and to assert affirmative defenses.

2. Defendant requests that a one week enlargement be granted so that Defendant can prepare a response to the complaint and to assert affirmative defenses.

3. The instant case was removed from the Thirteenth Judicial Circuit in Hillsborough County on Friday, August 24, 2018 so that a response is due by 5:00 pm August 31, 2018. (Doc. 1).

4. Counsel Justin Saar was in Chicago on Monday August 27, 2018 for a deposition,

and in Scranton, Pennsylvania on Tuesday and Wednesday, August 28 and 29, 2018 for depositions.

5. On Thursday, August 30, Mr. Saar went to Ocala for an expert deposition.

6. Further, counsel Tim Sullivan was in trial on Monday, August 27, 2018 – August 30, 2018 in Orlando Florida.

7. On Thursday, counsel's office contacted Mr. Weber's office for a one week extension.

8. Counsel would not agree to the extension.

9. The extension is necessary to confer with the Defendant to ensure all affirmative defenses are asserted in order to not waive any defenses.

The plaintiff's counsel, Timothy Weber has an objection to the extension of time to September 7, 2018, and no prejudice will result to any party as a result of such time extension.

Respectfully submitted, this 31st day of August, 2018.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of August, 2018, a true and correct copy of the foregoing was served to: Timothy W. Weber, Esq., Weber, Crabb & Wein, P.A., 5453 Central Ave., St Petersburg, FL  33710, Timothy.weber@webercrabb.com; Lisa.willis@webercrabb.com.

/s/
TIMON V. SULLIVAN, ESQUIRE
Florida Bar Number: 283010
Primary: TSullivan@ogdensullivan.com
Secondary: eservice@ogdensullivan.com

JUSTIN T. SAAR, ESQUIRE
Florida Bar Number: 70512
Primary: jsaar@ogdensullivan.com
Secondary: eservice@ogdensullivan.com
OGDEN & SULLIVAN, P.A.
5422 Bay Center Drive, Suite 100
Tampa, FL  33609-3420
(813) 223-5111
(813) 229-2336 Facsimile
Attorneys for Defendant MONY Life
Insurance Company